IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Criminal No. JFM-07-348** |
| **MAXIE GRAHAM,** | * | |
| Defendant. | * | |

...oOo...

## CONSENT MOTION FOR TRANSFER OF
## VIOLATION OF SUPERVISED RELEASE CASE

Comes now the United States of America, by and through its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Scott A. Lemmon, Assistant United States Attorney for said district, and respectfully submits this Consent Motion for Transfer of Violation of Supervised Release Case and in support, submits the following:

1. Maxie Graham has a pending Violation of Supervised Release matter under criminal case number JFM-07-348. *See* ECF 10.

2. The violation arises from an indictment that was issued on October 16, 2013, which charged Maxie Graham and others with conspiring to distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 846. *See* CCB-13-564, ECF 9. That case was assigned to the Honorable Catherine C. Blake, United States District Judge. A superseding indictment was issued on July 16, 2014. *See* CCB-13-564, ECF 116.

3. On September 17, 2014, Graham pleaded guilty to Count One of the superseding indictment. *See* CCB-13-564, ECF 161.

4. In the parties' plea agreement, the parties jointly recommend to the Court that the VOSR in JFM-07-348 run concurrently to the sentence in CCB-13-564. *See* CCB-13-564, ECF 164.

5. Graham is scheduled to be sentenced on December 12, 2014. *See* CCB-13-564, ECF 166. In order to expedite the sentencing process and to preserve the resources of the Court and the parties, the Government requests that the VOSR in JFM-07-348 be consolidated with criminal case number CCB-13-564.

6. Counsel for the defendant consents to the Government's motion.

WHEREFORE, the Government requests that the Defendant's Violation of Supervised Release Case be transferred to the Honorable Judge Catherine C. Blake, United States District Judge. A proposed order is submitted herewith.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____/s/_____
Scott A. Lemmon
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 24, 2014, I electronically filed the foregoing with the Clerk of Court via CM/ECF and thereby served counsel for the Defendant.

                Respectfully submitted,

                Rod J. Rosenstein
                United States Attorney

By: _____/s/_____
                Scott A. Lemmon
                Assistant United States Attorney